```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN CORNISH                    :              CIVIL ACTION
                                :
                                :
             v.                 :
                                :
                                :
CITY OF PHILADELPHIA, et al.    :              NO. 14-6920
```

<u>ORDER</u>

AND NOW, this 18th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant the Pennsylvania Department of Corrections for judgment on the pleadings or, in the alternative, motion for summary judgment (Doc. # 61) is GRANTED insofar as it seeks judgment in its favor on any allegations of institutional negligence contained in Count Three of the First Amended Complaint;

(2)  the motion of defendant the Pennsylvania Department of Corrections for judgment on the pleadings or, in the alternative, motion for summary judgment is otherwise DENIED; and

(3)  the motion of defendants Christopher Oppman and Joseph Korszniak for judgment on the pleadings or, in the alternative, motion for summary judgment (Doc. # 69) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.